

**T I F F A N Y  &  B O S C O**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR
U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-61938/0075990895

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE:<br><br>Stephen B. Pullar and Priscilla A. Pullar<br>            Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>            Movant,<br>        vs.<br><br>Stephen B. Pullar and Priscilla A. Pullar, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>            Respondents.<br>_____ | No. 4:08-bk-13015-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #29) |

    This matter having come before the Court for a Preliminary Hearing on August 19, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors appearing by and through their counsel, Cheryl K. Copperstone, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated May 8, 2007, and recorded on May 16, 2007 in

Instrument No. 2007-058321, in the office of the Pinal County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Stephen B. Pullar and Priscilla A. Pullar have an interest in, further described as:

Lot 33, of VILLAGO PARCEL 15, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet F, Slide 30.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT